

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00185-CR

_____


DESMOND DENARD BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 34659-B


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Desmond Denard Brown filed pro se a notice of appeal August 26, 2008, appealing from a judgment that imposed his sentence December 12, 2006.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Rule 26.2(a) of the Texas Rules of Appellate Procedure prescribes the time period in which a notice of appeal must be filed by a defendant in order to perfect appeal in a criminal case. A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court, or within ninety days after sentencing if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a); *Olivo*, 918 S.W.2d at 522. No motion for new trial was filed. The last date Brown could timely file his notice of appeal was January 11, 2007, thirty days after the day the sentence was imposed in open court. *See* TEX. R. APP. P. 26.2(a)(1).

In addition to the notice of appeal being untimely filed, the certification of right of appeal shows that Brown waived his right of appeal.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d). Because the trial court's certification affirmatively shows Brown has no right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

2

Brown has failed to perfect his appeal.  We dismiss the appeal for want of jurisdiction.


                                        Jack Carter
                                        Justice


Date Submitted:        September 3, 2008
Date Decided:          September 4, 2008

Do Not Publish